David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff*
*DOUGLAS A. CHRISTENSEN*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS A. CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, NA,<br><br>Defendant. | Case No. : 2:19-cv-02156-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

**STIPULATION**

Plaintiff DOUGLAS A. CHRISTENSEN ("Plaintiff") and Defendant ZIONS BANCORPORATION, NA ("Defendant") (collectively the "Parties") respectfully submit the following Stipulation to allow Plaintiff an extension to file a response to Defendant's Motion to Dismiss, filed on January 30, 2020, ECF No. 5. Currently, Plaintiff's response is due February 13, 2020. This stipulation is

requested to allow the Parties to pursue additional information raised in the Motion to Dismiss, as well as possible resolution of the matter.

Pursuant to Stipulation of the Parties, Plaintiff shall have until February 17, 2020 to file a response. Defendant shall have a four day extension to file any reply.

This is the Parties' first request for an extension.

IT IS SO STIPULATED.

Dated February 13, 2020.                                  Dated February 13, 2020.


/s/ Shawn Miller, Esq                                     /s/Jeffrey S. Allison
Shawn Miller, Esq.                                        Jeffrey S. Allison, Esq.
Haines & Krieger, LLC                                     Houser, LLP
8985 S. Eastern Avenue, Suite 350                         9970 Research Dr.
Henderson, Nevada 89123                                   Irvine, CA 92618

*Attorneys for Plaintiff*                                 *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated this __14__ day of February, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT