Jeffrey S. Allison (NV Bar # 8949)
**HOUSER LLP**
9970 Research Drive
Irvine, California 92618
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendant ZIONS BANCORPORATION, NATIONAL ASSOCIATION, and its agents and assigns

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS A. CHRISTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>ZIONS BANCORPORATION, NA<br><br>Defendant | CASE NO. 2:19-cv-02156-GMN-VCF<br><br>HON. GLORIA M. NAVARRO<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND A DISCOVERY PLAN/SCHEDULING ORDER**<br><br>(First Request) |

Defendant ZIONS BANCORPORATION, NATIONAL ASSOCIATION, and its agents and assigns ("Defendant") and Plaintiff DOUGLAS A. CHRISTENSEN ("Plaintiff"), collectively the "Parties," respectfully submit the following Stipulation to allow Defendant to file a response to Plaintiff's First Amended Complaint ("FAC") to and including March 23, 2020, and to extend the date for the Discovery Plan/Scheduling Order to and including April 6, 2020. The stipulation is requested to afford time for the Parties to further pursue an initial proposal for possible resolution of

-1-

this action.

This is the first such stipulation.

## STIPULATION

Pursuant to the stipulation of the Parties, Defendant shall have until March 23, 2020 to file a response to Plaintiff's FAC filed on February 17, 2020 [ECF No. 9], and the Parties shall have until April 6, 2020 to file a Discovery Plan/Scheduling Order in this action.

IT IS SO STIPULATED.

Dated: February 24, 2020

HOUSER LLP

/s/ Jeffrey S. Allison
Jeffrey S. Allison, Esq.

Attorneys for Defendant ZIONS BANCORPORATION, NATIONAL ASSOCIATION, and its agents and assigns

Dated: February 28, 2020

HAINES & KRIEGER, LLC

/s/ Shawn W. Miller
Shawn W. Miller, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
DOUGLAS A. CHRISTENSEN

## ORDER

IT IS SO ORDERED.

February 28, 2020
DATED: March __, 2020

_____
U.S. ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

-2-

# CERTIFICATE OF SERVICE

I hereby certify that I am over the age of eighteen (18), I am not a party to this action, and that on this date I caused to be served a true and correct copy of this **STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND A DISCOVERY PLAN/SCHEDULING ORDER** by:

- X   ECF
- X   U.S. Mail
- ___   Facsimile transmission
- ___   Overnight Mail
- ___   Hand and/or Personal Delivery

and addressed to the following:

David H. Krieger, Esq.
Shawn W. Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Tel: (702) 880-5554
Fax: (702) 385-5518
dkrieger@hainesandkrieger.com

KRIEGER LAW GROUP, LLC
<u>HENDERSON OFFICE</u>
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
<u>NORTHWEST OFFICE</u>
500 N. Rainbow Blvd.
Suite 300
Las Vegas, NV 89107
Tel: (702) 848-3855
smiller@kriegerlawgroup.com

Attorneys for Plaintiff DOUGLAS A. CHRISTENSEN

Dated: February 28, 2020

_____
An employee of HOUSER & ALLISON, APC

## SERVICE LIST

| PERSON SERVED: | ON BEHALF OF: |
|---|---|
| BRYAN A. LINDSEY<br>bryan@nvfirm.com | Debtor DOUG ALLEN CHRISTENSEN and Joint Debtor CAMILLA FRANCINE CHRISTENSEN |
| SAMUEL A. SCHWARTZ<br>sam@nvfirm.com | Debtor DOUG ALLEN CHRISTENSEN and Joint Debtor CAMILLA FRANCINE CHRISTENSEN |
| CHARLES T. WRIGHT<br>todd@pietwright.com | Debtor DOUG ALLEN CHRISTENSEN and Joint Debtor CAMILLA FRANCINE CHRISTENSEN |
| U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov | U.S. TRUSTEE - LV – 11 |
| LARS EVENSEN<br>agstajkowski@hollandhart.com | Creditor PLAZA BANK |
| ACE C VAN PATTEN<br>ecfnvb@aldridgepite.com | Creditors ZIONS FIRST NATIONAL BANK, NA and CENLAR FSB |
| JOSEPH G. WENT<br>JGWent@hollandhart.com | Creditor PLAZA BANK |
| GREGORY L. WILDE<br>nvbk@tblaw.com | Creditor THE BANK OF NEW YORK MELLON |