David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

Attorneys for Plaintiff DOUGLAS A. CHRISTENSEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS A. CHRISTENSEN, | CASE NO. 2:19-cv-02156-GMN-VCF |
| Plaintiff, | |
| | HON. GLORIA M. NAVARRO |
| v. | |
| | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ZIONS BANCORPORATION, NA | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DOUGLAS A. CHRISTENSEN ("Plaintiff") and Defendant ZIONS BANCORPORATION, NATIONAL ASSOCIATION, named herein as ZIONS BANCORPORATION, NA ("Defendant"), by and through their respective counsel of record, that Plaintiff's Complaint against Defendant in the above entitled action shall be dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs.

Dated: September 2, 2020

HOUSER LLP

*/s/ Jeffrey S. Allison, Esq.*
Jeffrey S. Allison, Esq.

Attorneys for Defendant ZIONS BANCORPORATION, NATIONAL ASSOCIATION, and its agents and assigns

Dated: September 2, 2020

KRIEGER LAW GROUP, LLC

*/s/ David H. Krieger, Esq.*
Shawn W. Miller, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
DOUGLAS A. CHRISTENSEN

### ORDER

IT IS SO ORDERED.

Dated this __3__ day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT